UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TARAZONA and ELIZABETH TARAZONA, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF INDYMAC BANK, F.S.B.; et al., <br><br> Defendants. | Case No. EDCV 09-466-VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE as to Defendants Federal Deposit Insurance Corporation and MTC Financial, Inc.  The Court orders that such judgment be entered.

Dated: April 22, 2009

                                     VIRGINIA A. PHILLIPS
                                     United States District Judge